Otto Reich, Respondent, v. Iron Clad Manufacturing Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

Aida T. Rhodes, Respondent, v. The Sperry & Hutchinson Company, Appellant.— Motion to resettle order denied, with costs. Present — Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

Rochkind Cohen & Company, Respondent, v. Judah Jacobson, Appellant.— Motion to dismiss appeal denied, with costs. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Fred Senff, Respondent, v. Howard S. Rodgers and Others, Appellants.— Motion to dismiss appeal granted, with costs. Present — Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

Frederick Smith, as Trustee, etc., Appellant, v. Charles S. Haight and Louise K. Corbett, Respondents.— Motion to dismiss appeal granted, without costs. Present — Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

Anna M. Steuerwald, Appellant, v. John W. Jackson, Respondent.— Motion denied, with costs. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Augusta M. Vogt, Appellant, v. William Vogt and Others, Respondents.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ. (See 119 App. Div. 518.)

William H. Waldron, Appellant, v. Charles H. Chapman, Albert A. Pope and Others, Respondents.— Motion to dismiss appeal granted, with costs, unless appellant perfect the appeal within ten days, pay the respondents ten dollars, and place the case at the foot of the June calendar. On compliance motion denied, without costs. Present — Hirschberg, P. J., Woodward, Hooker, Gaynor and Rich, JJ.

Theresa Walker, Respondent, v. Harry Boyd Kear, Appellant.— Motion denied, with costs, and stay vacated. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Frank C. Weitzmann, Jr., by Guardian, Respondent, v. A. L. Barber Asphalt Company, Appellant.— Motion denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Birkbeck Investment Savings and Loan Company of America, Respondent, v. Joshua Rapf, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

David H. Brown, Appellant, v. New York and Long Island Traction Company, Respondent.— Judgment and order of the County Court of Nassau county affirmed by default, with costs. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Application of The City of New York Relative to Acquiring Title to Grand Street from Hooper Street to Havemeyer and South Fourth Streets in the Thirteenth, Fifteenth and Sixteenth Wards of the Borough of Brooklyn, The City of New York. In the Matter of Philip Engelhardt.— Motion to open default denied. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.